667 A.2d 668

IN THE MATTER OF GREGORY P. COBBS,
AN ATTORNEY AT LAW.

November 16, 1995.

### CORRECTED ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension from practice of **GREGORY P. COBBS** of **MORRISTOWN,** who was admitted to the bar of this State in 1992, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **GREGORY P. COBBS** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GREGORY P. COBBS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement

except on application to this Court, for good cause shown, pending the further Order of the Court; and it is further

ORDERED that **GREGORY P. COBBS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **GREGORY P. COBBS** comply with *Rule* 1:20–20 dealing with suspended attorneys.